**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ervin Bernard EARL, Defendant– Appellant.**

**No. 07–10080**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Jan. 15, 2009.

Barre C. Dumas, Dumas & McPhail, L.L.C., Mobile, AL, for Defendant–Appellant.

David Andrew Sigler, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Before BLACK, BARKETT and MARCUS, Circuit Judges.

PER CURIAM:

Barre C. Dumas, appointed counsel for Ervin Bernard Earl, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Earl's convictions are **AFFIRMED.** We note, however, that the judgment and the order memorializing the jury's verdict incorrectly substitute 18 U.S.C. § 1853 for 18 U.S.C. § 1513. Therefore, we **VACATE** and **REMAND** with instructions that the district court correct the judgment and the order memorializing the jury's verdict by replacing 18 U.S.C. § 1853 with 18 U.S.C. § 1513.